1

2

3

4

5       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
6                   AT TACOMA

7    ROBERT AYERS DaSILVA,

8                    Petitioner,
                                                  Case No. C07-5491BHS
9            v.
                                                  ORDER ADOPTING REPORT
10   STATE OF WASHINGTON AND PIERCE               AND RECOMMENDATION
     COUNTY,
11
                    Respondents.
12

13

14          The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold

15   United States Magistrate Judge, objections to the Report and Recommendation, if any, and the

16   remaining record, does hereby find and Order:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     The petition is dismissed.  As a Habeas Corpus petition the matter is **DISMISSED
                    WITH PREJUDICE**.  As a Writ of Coram Nobis the matter is **DISMISSED
19                  WITHOUT PREJUDICE**.

20          (3)     The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J.
                    Kelley Arnold.
21

22          DATED this 8th day of November, 2007.

23

24

25                                                _____
                                                  BENJAMIN H. SETTLE
26                                                United States District Judge

27

28   ORDER