# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT AYERS DaSILVA

       v.

STATE OF WASHINGTON, and
PIERCE COUNTY,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5491BHS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is dismissed.  As a Habeas Corpus petition the matter is **DISMISSED WITH PREJUDICE.**  As a Writ of Coram Nobis the matter is **DISMISSED WITHOUT PREJUDICE.**

|  |  |
|---|---|
| November 13, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |