1
2
3
4
5          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
                    AT TACOMA
6
7    ROBERT AYERS DaSILVA,
8                     Petitioner,                CASE NO. C07-5491BHS
9          v.
10   STATE OF WASHINGTON and PIERCE              ORDER DENYING
     COUNTY,                                     CERTIFICATE OF
11                                               APPEALABILITY
                      Respondents.
12

        This matter comes before the Court on Petitioner's Motion for Issuance of Certificate of

Appealability for Appeal (Dkt.12).  The Court has reviewed the relevant documents and the

record herein.

## PROCEDURAL HISTORY

        On September 24, 2007, U.S. Magistrate Judge J. Kelley Arnold issued a Report and

Recommendation, concluding that Petitioner's habeas petition is time barred, unexhausted, and

procedurally barred and that Petitioner's coram nobis petition was not ripe because Petitioner

had not fully served his sentence. Dkt. 7.  On November 8, 2007, the Court adopted the Report

and Recommendation and dismissed the habeas petition with prejudice and the coram nobis

petition without prejudice.  Petitioner has now appealed to the U.S. Court of Appeals for the

Ninth Circuit by filing his Notice of Appeal on December 3, 2007 (Dkt. 12).  The court will

construe a notice of appeal of a final order in a habeas proceeding or a proceeding under 28

U.S.C. § 1155 as a petition for a certificate of appealability under 28 U.S.C. § 2253.

## STANDARD FOR GRANTING A CERTIFICATE OF APPEALABILITY

        The district court should grant an application for a Certificate of Appealability only if the

petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. §

ORDER - 1

2253(c)(3).  To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel,* 120 S. Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle,* 463 U.S. 880, 893 n.4 (1983)).  When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel,* 120 S. Ct. at 1604.

### DISCUSSION

This Court dismissed for the reasons that the habeas petition is time barred, the Petitioner has not exhausted his state court remedies, and the petition is procedurally barred.  The Court also dismissed the coram nobis petition as petitioner has not fully served his sentence.  There is nothing in the record that would support a conclusion that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether this Court was correct in its procedural ruling. Therefore, the Certificate of Appealability should be denied.

### ORDER

Accordingly, it is hereby **ORDERED** that petitioner's motion for a Certificate of Appealability (Dkt. 12) is **DENIED**.

DATED this 21st day of December, 2007.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2